| | |
|---|---|
| 1 | **Mario DiSalvo, Esq. SBN 199113** |
| | Attorney at Law |
| 2 | 1060 Fulton Mall, Suite 411 |
| | Fresno, California 93721 |
| 3 | Phone (559) 442-1552 |
| | Facsimile (559) 442-1567 |

**Attorney for** VENTHY CHAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (FRESNO)**

**\* \* \* \* \***

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.** 1:07-cr-00239-LJO |
| | ) | |
| **Plaintiff,** | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING DATE** |
| | ) | |
| **VENTHY CHAN, et. al.** | ) | **NEW DATE: 3/14/08 AT 8:30AM** |
| | ) | |
| **Defendant.** | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the previously scheduled hearing date, set for March 7, 2008, at 9:00 AM, will be continued for one week to March 14, 2008 at 8:30am.

    The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. section, 3161(h)(8)(A).

    The reason for the continuance is due to a conflict in defense counsel's calendar. Counsel has a previously scheduled hearing in Hayward, California that has been set for change of plea in State Court on March 7, 2008 and is unable to reset that hearing date.

Stipulation to Continue Hearing

1

AUSA Kathleen Servatius and the remainder of defense counsel are in agreement to continue this hearing as well.

Dated: February 28, 2008        **/S/ Mario DiSalvo, Esq**.
                                Attorney for Venthy Chan

Dated: February 28, 2008        **/S/ Kathleen Servatius**
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

Dated: February 28, 2008        **/S/ Tommi Saghatelian**
                                Attorney for Len Ung

Dated: February 28, 2008        **/S/ Carl Faller**
                                Attorney for Miv Chan

Dated: February 28, 2008        **/S/ Gayle Gutekunst**
                                Attorney for Paul Thov

Dated: February 28, 2008        **/S/ Eric Fogderude**
                                Attorney for Son Sok Prom

**O R D E R**

**IT IS ORDERED**, Time is excluded in the interests of justice pursuant to 18 U.S.C., section 3161(h)(8)(A). An this matter is reset for March 14, 2008 at 8:30 AM in this courtroom. Note: Time changed due to interpreter.

Dated: 3/5/08                   _/s/ Lawrence J. O'Neill_____
                                **Honorable Lawrence J. O'Neill**
                                **United States District Court**