# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 07-0239 LJO |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| VENTHY CHAN, et al., | **OSC Hearing:** Date: **January 30, 2009** Time: **8:10 a.m.** Dept.: **4 (LJO)** |
| Defendant. | |

This Court's January 13, 2009 pretrial order set deadlines, which have passed, to file and serve proposed jury voir dire, witness lists, proposed jury instructions and verdict forms, and trial exhibits. The parties have failed to meet the deadlines and to comply with the pretrial order.

On the basis of good cause, this Court ORDERS the parties to appear on January 30, 2009 at 8:10 a.m. in Department 4 (LJO) to show good cause why sanctions, including monetary sanctions, should not be imposed for failure to the meet the pretrial order's deadlines and to comply with it.

IT IS SO ORDERED.

**Dated: January 28, 2009**  **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE